UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
TRACON PHARMACEUTICALS, INC.,                                      :
:
            Movant,                                                         :
:    22-MC-0153 (JMF)
      -v-                                                         :
:    <u>TRANSFER ORDER</u>
I-MAB BIOPHARMA,                                                   :
:
            Respondent.                                                     :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On June 16, 2022, Movant TRACON Pharmaceuticals, Inc., filed a letter consenting to the transfer of this case to the United States District Court for the District of Delaware and to the presiding judge in *I-Mab Biopharma v. Inhibrx, Inc.*, No. 22-CV-0276 (D. Del.) pursuant to Rule 45(f) of the Federal Rules of Civil Procedure. *See* ECF No. 10. Accordingly, this case is hereby TRANSFERRED. All pending deadlines are moot. The Clerk of the Court is directed to transfer this case to the United States District Court for the District of Delaware **immediately**, without regard to Local Rule 83.1.

        SO ORDERED.

Dated: June 17, 2022
       New York, New York                     _____
                                                    JESSE M. FURMAN
                                                    United States District Judge